No. 91–1096.  COBIN ET AL. *v.* CASTLEBERRY, CO-EXECUTOR OF ESTATE OF CASTLEBERRY, DECEASED, ET AL.  C. A. 8th Cir. Certiorari denied.

No. 91–1098.  ALFORD *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 91–1099.  WALTON, DBA WALTON BACKHOE SERVICE, ET AL. *v.* OPERATING ENGINEERS PENSION TRUST ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–1101.  INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 76 *v.* FOWLKES ET UX.  Ct. App. Wash.  Certiorari denied.

No. 91–1105.  CIT GROUP/EQUIPMENT FINANCING, INC., ET AL. *v.* VILLAGE OF GERMANTOWN, WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 91–1107.  BIDWILL ET AL. *v.* GARVEY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–1112.  CULLEN CENTER BANK & TRUST *v.* BARCLAYS BANK PLC.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 91–1115.  DIERNISSE *v.* BUSINESS COMMUNICATIONS CO., INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 91–1120.  ASSOCIATES IN ADOLESCENT PSYCHIATRY, S. C., ET AL. *v.* HOME LIFE INSURANCE COMPANY OF NEW YORK ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–1134.  SLEDGE *v.* DEPARTMENT OF JUSTICE.  C. A. Fed. Cir.  Certiorari denied.

No. 91–1138.  HUGHES DEVELOPMENT CO., INC., ET AL. *v.* GREAT PLAINS CAPITAL CORP.  C. A. 8th Cir.  Certiorari denied.

No. 91–1142.  FELDMAN, AKA FLEMING, AKA GIVNER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–1157.  COUNTY OF LOS ANGELES *v.* MEILICKE.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.